# — EXHIBIT B —

**Precision Tune Auto Care**
Return Mail Processing Vendor
P.O. Box 3826
Suwanee, GA 30024

4 1 1679 ********************AUTO**MIXED AADC 300
Geoff Maves
[redacted]

March 13, 2024

Dear Geoff Maves:

Precision Tune Auto Care, Inc., ("PTAC") understands the importance of protecting information. We are writing to inform you that we have identified and addressed a data security incident involving your information. This notice explains the incident, measures we have taken, and additional steps you may consider taking in response.

**What Happened?**
On January 8, 2024, we identified unusual activity in our network. We immediately implemented our response protocols, took measures to contain the activity, and launched an investigation. A cybersecurity firm that has assisted other companies in similar situations was engaged. We also notified law enforcement and are supporting its investigation.

The evidence showed that there was unauthorized activity in our network on January 7, 2024. On that date, an unauthorized actor viewed and obtained files stored on certain servers in our network. We conducted a careful review of the files and, on February 12, 2024, determined that one or more of the files contained your information.

**What Information Was Involved?**
The file(s) contained your name, address, and Social Security number.

**What We Are Doing.**
We wanted to notify you of this incident and to assure you that we take it seriously. To help prevent something like this from happening again, we have taken and are taking steps to enhance our existing security measures.

**What You Can Do.**
We are paying for you to receive one year of access to Equifax Complete™ Premier credit monitoring. This product helps detect possible misuse of your information and provides you with identity protection solutions focused on immediate identification and resolution of identity theft. Activating this product will not hurt your credit score. For more information on identity theft prevention and Equifax Complete™ Premier, including instructions on how to activate your one year of access, as well as some additional steps you can take in response, please review the pages that follow this letter.

**For More Information.**
We regret that this occurred and apologize for any inconvenience. If you have any questions, please contact us at 866-317-7301, Monday through Friday, between 9:00 a.m. and 9:00 p.m., Eastern Standard Time.

Sincerely,

Precision Tune Auto Care, Inc.